UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:10-10002-CIV-MARTINEZ-WHITE**

Reginald Carey,

    Plaintiff,

vs.

Robert Peryam, Tommy Taylor, Timothy Age, Kera Allen, Dr. Safron, Ly Megaurd,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on all pretrial matters. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 19)** recommending that the motion to dismiss filed by Defendants Peryam, Taylor, Age and Allen **(D.E. No. 18)** be granted. The Court has reviewed the entire file and record. No objections have been filed. Being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge White's Report and Recommendation **(D.E. No. 19)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1. The motion to dismiss **(D.E. No. 18)** is **GRANTED**. Defendants Peryam, Taylor, Age and Allen are DISMISSED from this case, which shall proceed against Defendants Safron and Megaurd.[1]

    DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of May, 2010.

                                                            _____
                                                             JOSE E. MARTINEZ
                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record

---

[1] The spelling of this Defendant's name varies in different filings. Until further notice, the Court shall use the spelling present in the complaint and on the docket.